IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CALVIN SCOTT, SR., | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:05-cv-0652-F |
| | ) |
| RAY DENNIS ET AL, | ) |
| | ) |
|     Defendant. | ) |

## **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Chief Magistrate Judge Charles S. Coody for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 20th day of July, 2005.

                                       /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE