**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:  2:05cv652-F

Mr. Ken Green
c/o Mr. Ray Dennis
2129 East South Boulevard
Montgomery, Alabama
36111-0586

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Brandy Lane   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)      C. Date of Delivery
Brandy Lane                        7/20/05

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)     7005 0390 0001 0101 3590

PS Form 3811, February 2004     Domestic Return Receipt     595-02-M-1540