**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 22, 2005

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Scott v. Dennis et al

Case Number:   2:05-cv-00652-MEF

**This Notice of Correction was filed in the referenced case this date to attach the PDF document previously omitted in error.**

**The main PDF document is attached to this notice for your review.   Reference is made to document # 4   filed on   July 22, 2005.**