**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 2:05cv652-F

   Mr. Ken Green
   c/o Mr. Ray Dennis
   2129 East South Boulevard
   Montgomery, Alabama
   36111-0586

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Brandy Lane
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Brandy Lane
C. Date of Delivery: 7/20/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 0390 0001 0101 3590

PS Form 3811, February 2004    Domestic Return Receipt    595-02-M-1540