**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Ray Dennis
2129 East South Boulevard
Montgomery, Alabama
36111-0586

2:05-652-F

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Brandy Lane*
☐ Agent
☐ Addressee

B. Received by (Printed Name): Brandy Lane
C. Date of Delivery: 7/20/05

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 0390 0001 0101 3583

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540