| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Brandy Lane_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Brandy Lane  C. Date of Delivery: 5/20/05<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Mr. Perry Hopper<br>C/O Mr. Ray Dennis<br>2129 East South Boulevard<br>Montgomery, Alabama<br>2:05cv652  36111-0586 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 0390 0001 0101 3606 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540