IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CALVIN SCOTT, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:05cv651-T |
| | ) | |
| JAMES (BUDDY) SWEARENGIN, JR., | ) | |
| | ) | |
| Defendants. | ) | |

_____

| | | |
|---|---|---|
| CALVIN SCOTT, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:05cv652-F |
| | ) | |
| RAY DENNIS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On September 20, 2005, the court held a scheduling conference in these cases.  At that time, the parties agreed that these matters should be consolidated for all further proceedings. Accordingly, for good cause, it is

ORDERED that these cases be and are hereby CONSOLIDATED for all further proceedings and that *Scott v. Swearengin*, CV 2:05cv651-T be and is hereby DESIGNATED as LEAD case.

The Clerk of the Court is DIRECTED to transfer *Scott v. Dennis*, CV 2:05cv652-F to the Hon. Myron H. Thompson and to place a copy of this order in each case file referenced

herein.

Done this 21st day of September, 2005.


       /s/Charles S. Coody           
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE