# MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA NORTHERN, DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 9/20/05 | AT | 10:00 a.m. to 10:33 a.m. |
| DATE COMPLETED: 9/20/05 | AT | FTR RECORDING |

CALVIN SCOTT, JR.

    Plaintiff

vs..

JAMES SWEARENGIN, JR.

    Defendant

CASE NO. 2:05CV651-T-CSC

---

CALVIN SCOTT, JR.

    Plaintiff

vs..

RAY DENNIS, et al

    Defendant

CASE NO. 2:05CV652-F-CSC

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Mr. Calvin Scott, Jr. (Gladys Scott) Pro Se | | Atty. Margaret Fleming |
| | | Atty. Stephen Simpson |

### COURT OFFICIALS PRESENT:

COURTROOM DEPUTY: WANDA STINSON    LAW CLERK:

---

( X ) OTHER PROCEEDINGS:    *__ORAL ARGUMENT - CONSOLIDATE CASES__*

# SEE MINUTES

| **LOG OF PROCEEDINGS ELECTRONICALLY RECORDED** |
|---|---|---|
| **Description** | \multicolumn{2}{l}{Oral Arguement - 2:05CV651-T-CSC} |
| **Date** | 9 /20/2005 | **Location** Courtroom 4B |
| **Time** | **Speaker** | **Note** |
| 10:00:41 AM | Court | Court Convenes; parties present as noted above ; Discussion as to why cases should not be consolidated w/05cv652-F; |
| 10:01:02 AM | Mr. Scott | Response; Discussion as to deft's defamation of character; |
| 10:01:22 AM | Court | Discussion of claims against defts; Information pro se plntf that he did not have to file two lawsuits; |
| 10:01:35 AM | Mr. Scott | Does care about it being one case; |
| 10:01:48 AM | Court | What is it you're asking for? |
| 10:01:50 AM | Mr. Scott | Asking for a million dollars from each one; |
| 10:01:53 AM | Court | Why; |
| 10:01:57 AM | Mr. Scott | They broke the law; |
| 10:01:59 AM | Court | Which law did they break? |
| 10:01:59 AM | Mr. Scott | All of them; Title I, II, Title V; |
| 10:02:06 AM | Court | Tell the court what it is they did to you that was wrong; |
| 10:02:15 AM | Mr. Scott | Response; Deft told lies on he and his wife of plaintiff causing problems in bldg; Discussion as to wife parking; Was told to move out of bldg. ; Had three requests; |
| 10:04:45 AM | Court | What were those requests; |
| 10:04:45 AM | Mr. Scott | That the snack machines be moved to where the people can see them; They be given a swipe key to get through areas that were locked on the fourth floor; Need parking place on the dock; |
| 10:10:24 AM | Court | Discussion with defense counsel as to letter in the file that saids Mr. Scott can file a lawsuit but there is no indication that he was given a hearing; |
| 10:10:41 AM | Court | Addresses counsel for deft re: hrg; |
| 10:11:13 AM | Atty. Simpson | Response; Discussion of Plaintiff given a secuirty card to swipe to get into the 4th floor areas in 1994; |
| 10:12:13 AM | Court | Addresses concern as to whether there should be an administration hearing; |
| 10:12:34 AM | Atty. Simpson | Response as to communication with plaintiff regarding hearing; The hearing was set up, but received a letter from Mr. Scott that he will not attend; |
| 10:13:21 AM | Court | Discussion as to why plntf was told that he could file a civil action; |
| 10:13:28 AM | Atty. Simpson | Response. Letter came from the office of civil rights; |
| 10:13:58 AM | Court | |
| 10:14:05 AM | Atty. Scott | Response as to why he did not attend the administrative. hrg; |
| 10:14:40 AM | Court | Discussion with plntf as to legal requirements must go through and one is an administrationg hrg. before filing a civil action; The law requires to go through the administrative hearing; |

| | | |
|---|---|---|
| 10:15:32 AM | Atty. Scott | Addresses reasons why he did not not go to admin. hrg. |
| 10:16:45 AM | Court | Discussion as to lies doesn't give basis for filing lawsuit; |
| 10:17:04 AM | Mr. Scott | Why? |
| 10:17:04 AM | Court | Because that's law; |
| 10:17:20 AM | Atty. Scott | Discussion as to lies told; |
| 10:17:29 AM | Court | Discussion of going through administrative process; |
| 10:17:49 AM | Mr. Scott | Response; They inventoried him out; |
| 10:17:53 AM | Court | What is the complaint; |
| 10:18:03 AM | Mr. Scott | They broke the laws; |
| 10:18:05 AM | Court | What is it you think they did wrong? |
| 10:18:15 AM | Mr. Scott | They discriminated on me. |
| 10:18:17 AM | Court | How? |
| 10:18:18 AM | Mr. Scott | Response;n Received 3 threatening letters to get rid of his wife; |
| 10:18:43 AM | Court | Did they do anything abou?; You are back to work and wife is able to help you? |
| 10:18:52 AM | Mr. Scott | Response; |
| 10:19:01 AM | Mrs. Scott | Addresses the court as to request for swipe key; |
| 10:20:22 AM | Court | Questions to plntf as to rights to all parts of bldg; |
| 10:20:29 AM | Mrs. Scott | Don't think have right to all areas of the bldg, but was given a key and then was keyed out, he does have right to get to snake machines; |
| 10:20:46 AM | Court | Are the snack machines still there? |
| 10:20:48 AM | Mrs. Scott | Yes; |
| 10:20:54 AM | Court | Addresses defense counsel; |
| 10:21:01 AM | Atty. Simpson | Response; Plntfs were initial given a swipe key; Bld manager requested that it be turned back in and that a process be set up where they can check the out on a particular day and return the key back in; |
| 10:21:21 AM | Mr. Scott | They did not tell us that; |
| 10:21:24 AM | Atty. Simpson | That was what we were told; |
| 10:21:24 AM | Mr. Scott | They did not tell us that; |
| 10:21:28 AM | Court | What's wrong with that process? |
| 10:21:36 AM | Mrs. Scott | He had given a permenant key to keep; Discussion of 3 request; |
| 10:22:13 AM | Court | Response; Requires that there be an administrative hearing; |
| 10:22:22 AM | Mrs. Scott | Wasn't given a chance for hearing because he was inventoried out; |
| 10:22:45 AM | Court | Plaintiff's informed that there is nothing the court can do until they go through the administrative hearing process; |
| 10:23:07 AM | Mrs. Scott | Response; |
| 10:23:16 AM | Court | Discussion as to things complaining of today are matters that requires an admin. hearing ; |
| 10:23:35 AM | Mrs. Scott | Response; |
| 10:23:52 AM | Court | Plaintiff advised that they must go through the admin. hearing; |
| 10:24:52 AM | Mrs. Scott | Response; |

| 10:25:06 AM | Court | Nothing the court can do until you have gone through the administrative process; Court addresses the defense lawyers; |
| --- | --- | --- |
| 10:26:40 AM | Mrs. Scott | Response; |
| 10:27:41 AM | Mr. Scott | Response; |
| 10:28:04 AM | Court | Addresses plaintiff's that they are not going to get everyting you demand; |
| 10:28:59 AM | Mrs. Scott | Discussion of hearing; |
| 10:29:07 AM | Court | Will enter order consolidating cases; and gives the Dept 30 days to setup and admin. hrg. Will stay cases until the court is informed of the results of that hearing; Plaintiff's advised to go to that hearing; Parties advised to sit down and talk to one another and put aside anger; |
| 10:30:20 AM | Mrs.Scott | Response to not being angry; |
| 10:30:29 AM | Mr. Scott | Not angry, but disappointed; |
| 10:30:29 AM | Court | |
| 10:30:54 AM | Mr. Scott | Addresses the court as to the admin. hrg. |
| 10:31:24 AM | Court | Parties advised to listen; and work things out together; |
| 10:32:07 AM | Mr. Scott | Agrees; |
| 10:33:36 AM | Court | Court is recessed. |