**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                     TELEPHONE (334) 954-3600

October 14, 2005

# NOTICE OF ERROR

To:     Frank James

Case Style:   Scott v. Dennis et al

Case Number:    2:05-cv-00652-T

Referenced Pleading:   Notice

Docket Entry Number:   13

**The referenced pleading was electronically filed on \*\*October 13, 2005\*\* in this case and is a docketing error.**

**Pursuant to the court's order entered 9/21/05, docket entry #11, all pleadings in the consoldated cases are to be docketed only in the lead case 2:05cv651-T.  Parties are instructed to disregard #13 docketing entry, which has been stricken from the record as a docketing error.**